UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN, | No. 2:18-cv-3197 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. On June 5, 2019, the undersigned recommended that this action be dismissed based on plaintiff's failure to pay the appropriate filing fee, and noted that plaintiff's copy of the order had been returned. On June 12, 2019, plaintiff filed objections to the findings and recommendations, claiming that he has not changed his address, but did not receive the May 1, 2019 order, and appended a copy of his mail log. Plaintiff asked the court to reconsider the recommended dismissal and to screen his "fourth amended complaint." (ECF No. 11 at 2.)

Good cause appearing, the findings and recommendations are vacated. The Clerk is directed to re-send a copy of this court's May 1, 2019 order to plaintiff. Plaintiff is granted an additional 21 days from the date of this order in which to pay the court's filing fee. Because the court did not receive a "fourth amended complaint," or any amended complaint, his request to screen such pleading is denied.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 10) are vacated;

2. The Clerk of the Court is directed to send plaintiff a copy of the May 1, 2019 order (ECF No. 9); and

3. Within 21 days from the date of this order, plaintiff shall pay the appropriate filing fee.

Dated: July 2, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/brow3197.vac