UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-3197 KJM KJN P<br><br><br>ORDER |

  Plaintiff is a state, prisoner proceeding pro se. On April 3, 2020, plaintiff filed motions for an extension of time and to stay these proceedings. Plaintiff states that due to the current COVID-19 pandemic, California Health Care Facility is on modified program. Such program deprives plaintiff of law library access, which means he is unable to use the ADA word processor, and can only access legal authorities by using the paging system.

  However, at this time, there are no deadlines pending in this action. Rather, on February 12, 2020, plaintiff filed objections to the pending findings and recommendations, as well as a proposed second amended complaint. This case is presently under review by the district court. Therefore, no action is required by plaintiff until the district judge reviews and issues an order addressing the findings and recommendations. Because there are no deadlines currently pending, plaintiff's motions for extension of time and for stay are denied without prejudice. If plaintiff's

////

institution remains on modified program once the district court addresses the findings and recommendations, plaintiff may renew his motion for extension at that time.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 22) is denied without prejudice; and

2. Plaintiff's motion for stay (ECF No. 23) is denied without prejudice.

Dated: April 13, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/brow3197.36den